UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARVELLE J. BALLENTINE,

    Plaintiff,

v.                                Case No: 5:26-cv-472-JSS-PRL

DEVIN S. ANDERSON, META
PLATFORMS, INC., and
CHRISTOPHER W. KEEGAN,

    Defendants.
_____/

## **ORDER**

Pursuant to Local Rule 1.07(a)(2)(A), this case is **TRANSFERRED** to United States District Judge Anne-Leigh Gaylord Moe with her consent. *See United States v. Stone*, 411 F.2d 597, 599 (5th Cir. 1969) ("District [j]udges have the inherent power to transfer cases from one to another for the expeditious administration of justice.").

**ORDERED** in Orlando, Florida, on July 16, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party
Counsel of Record