**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MARVELLE J. BALLENTINE,

    *Plaintiff,*

        v.

                                    Case No. 5:26-cv-00472
                                    The Honorable Judge
                                    Anne-Leigh Gaylord Moe

DEVIN S. ANDERSON; META
PLATFORMS, INC.; and
CHRISTOPHER W. KEEGAN,

    *Defendants.*

## PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH STANDING ORDER REGARDING DISCLOSURE OF THE USE OF ARTIFICIAL INTELLIGENCE (DOC. 70)

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to Plaintiff's Notice of Appeal, filed contemporaneously with this certification, by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.

Date: July 28, 2026

Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com