APPEAL,CLOSED,STAYED

# U.S. District Court
# Middle District of Florida (Ocala)
# CIVIL DOCKET FOR CASE #: <u>5:26−cv−00472−AGM−PRL</u>

Ballentine v. Accenture LLP et al
Assigned to: Judge Anne−Leigh Gaylord Moe
Referred to: Magistrate Judge Philip R. Lammens
Demand: $9,999,000
 Case in other court:  11th Circuit, 26−11228
Cause: 28:1332 Diversity−Libel, Assault, Slander

Date Filed: 02/09/2026
Date Terminated: 07/24/2026
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel &
Slander
Jurisdiction: Diversity

**Plaintiff**

**Marvelle J. Ballentine**
*also known as*
Jay

represented by **Marvelle J. Ballentine**
7862 W. Irlo Bronson Memorial Hwy.
#82
Kissimmee, FL 34747
407−794−6503
Email: <u>jayballentine@protonmail.com</u>
PRO SE

V.

**Defendant**

**Accenture LLP**
*TERMINATED: 03/04/2026*

**Defendant**

**Devin S. Anderson**

represented by **Marianna Chapleau**
Kirkland & Ellis LLP
830 Brickell Plaza
Miami, FL 33131
203−675−7650
Email: <u>mchapleau@kirkland.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariel Deray Deitchman**
Kirkland & Ellis LLP
830 Brickell Plaza
Miami, FL 33131
305−432−5676
Email: <u>ariel.deitchman@kirkland.com</u>
*ATTORNEY TO BE NOTICED*

**Diana Marie Fassbender**
Orrick, Herrington & Sutcliffe LLP
215 NW 24th Street
Suite 200

Miami, FL 33127
202–339–8533
Fax: 202–339–8500
Email: dszego@orrick.com
*ATTORNEY TO BE NOTICED*

**Lauren M. Spiwak**
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
214–432–5042
Fax: 214–972–1771
Email: lauren.spiwak@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Owen Malone**
Kirkland & Ellis LLP
830 Brickell Plaza
Miami, FL 33131
305–432–5703
Email: patrick.malone@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kirkland & Ellis LLP**
*TERMINATED: 03/04/2026*

**Defendant**

| | | |
|---|---|---|
| **Meta Platforms, Inc.** | represented by | **Diana Marie Fassbender** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Christopher W. Keegan** | represented by | **Marianna Chapleau** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Ariel Deray Deitchman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana Marie Fassbender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren M. Spiwak**
(See above for address)
*PRO HAC VICE*

2

*ATTORNEY TO BE NOTICED*

**Patrick Owen Malone**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2026 | 1 | COMPLAINT against All Defendants with Jury Demand Filing fee $405, receipt number 117712 filed by Marvelle J. Ballentine. (Attachments: # 1 Civil Cover Sheet)(LJC) Modified on 2/9/2026 as to docket text (LJC). (Entered: 02/09/2026) |
| 02/09/2026 | 2 | SUMMONS issued as to Accenture LLP, Kirland & Ellis LLP, Meta Platforms, Inc. (in person). (LJC) (Entered: 02/09/2026) |
| 02/09/2026 | 3 | MOTION for Miscellaneous Relief, specifically to File Electronically by Marvelle J. Ballentine. (LJC) (Entered: 02/09/2026) |
| 02/11/2026 | 4 | AMENDED COMPLAINT against All Defendants with Jury Demand. filed by Marvelle J. Ballentine. Related document: 1 Complaint, filed by Marvelle J. Ballentine.(LJC) (Entered: 02/11/2026) |
| 02/11/2026 | 5 | SUMMONS issued as to All Defendants (in person). (LJC) Modified on 2/11/2026 as to docket text (LJC). (Entered: 02/11/2026) |
| 02/13/2026 | 6 | **NOTICE TO COUNSEL AND PARTIES: The Middle District of Florida's revised Local Rules became effective November 1, 2025, and can be found on the Court's public website https://www.flmd.uscourts.gov/local−rules. For a just and efficient resolution of this case, the parties are DIRECTED to read and comply with the Middle District of Florida's Local Rules. See Local Rule 1.01(a). Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Anne−Leigh Gaylord Moe on 2/13/2026. (RMF)** (Entered: 02/13/2026) |
| 02/13/2026 | 7 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (RMF) (Entered: 02/13/2026) |
| 02/17/2026 | 8 | RETURN of service executed on 02/12/2026 by Marvelle J. Ballentine as to Meta Platforms, Inc. (LJC) (Entered: 02/17/2026) |
| 02/17/2026 | 9 | RETURN of service executed on 02/12/2026 by Marvelle J. Ballentine as to Devin S. Anderson. (LJC) (Entered: 02/17/2026) |
| 02/17/2026 | 10 | RETURN of service executed on 02/12/2026 by Marvelle J. Ballentine as to Accenture LLP. (LJC) (Entered: 02/17/2026) |

| 02/18/2026 | 11 | **ORDER: Plaintiff Marvelle J. Ballentine is ordered to show cause as to why the case should not be dismissed for failure to sufficiently allege diversity of citizenship to support federal subject matter jurisdiction pursuant to 28 U.S.C. § 1332. Show Cause Response due by 3/4/2026. Signed by Judge Anne–Leigh Gaylord Moe on 2/18/2026. (LIA)** (Entered: 02/18/2026) |
|---|---|---|
| 02/18/2026 | 12 | RETURN of service executed on 02/12/2026 by Marvelle J. Ballentine as to Kirkland & Ellis LLP. (LJC) (Entered: 02/19/2026) |
| 02/19/2026 | 13 | **ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Daniel C. Irick on 1/2/2020. (TNP)** (Entered: 02/19/2026) |
| 02/19/2026 | 14 | RESPONSE TO ORDER TO SHOW CAUSE re 11 Order to show cause filed by Marvelle J. Ballentine. (LJC) (Entered: 02/19/2026) |
| 02/19/2026 | 15 | MOTION to Amend 4 Amended Complaint by Marvelle J. Ballentine. (LJC) Motions referred to Magistrate Judge Daniel C. Irick. (Proposed Order not provided). Modified on 2/19/2026 as to docket text (LJC). (Entered: 02/19/2026) |
| 02/23/2026 | 16 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Marvelle J. Ballentine. (LJC) (Entered: 02/23/2026) |
| 02/23/2026 | 17 | NOTICE of a related action per Local Rule 1.07(c) by Marvelle J. Ballentine. Related case(s): Yes (LJC) (Entered: 02/23/2026) |
| 02/25/2026 | 18 | **ENDORSED ORDER granting in part 15 Motion Under Fed.R.Civ.P. 21 to Drop Certain Defendants Without Prejudice. The Motion is granted to the extent that, on or before 3/4/2026, Plaintiff is directed to file a Second Amended Complaint that identifies the Defendants in this case and the citizenship of all remaining parties. The Second Amended Complaint may not reference or incorporate any prior pleading, and must include all claims, allegations, and parties. This Order does not purport to discharge or rule upon the pending 11 Order to Show Cause. The Motion is denied without prejudice to the extent it requests further relief. Signed by Magistrate Judge Daniel C. Irick on 2/25/2026. (Irick, Daniel)** (Entered: 02/25/2026) |
| 03/04/2026 | 19 | WAIVER of service returned executed on 03/03/2026 by Marvelle J. Ballentine as to Christopher W. Keegan. (LJC) (Entered: 03/04/2026) |
| 03/04/2026 | 20 | Second AMENDED COMPLAINT against Devin S. Anderson, Christopher W. Keegan, Meta Platforms, Inc. with Jury Demand. Terminating Accenture LLP and Kirkland & Ellis LLP filed by Marvelle J. Ballentine. Related document: 4 Amended Complaint filed by Marvelle J. Ballentine.(LJC) (Entered: 03/04/2026) |
| 03/05/2026 | 21 | **STANDING ORDER REQUIRING DISCLOSURE OF THIRD–PARTY LITIGATION FUNDING. Signed by Judge Anne–Leigh Gaylord Moe on 3/5/2026. (RMF)** (Entered: 03/05/2026) |
| 03/09/2026 | 22 | NOTICE of a related action per Local Rule 1.07(c) by Marvelle J. Ballentine. Related case(s): Yes (LJC) (Entered: 03/09/2026) |
| 03/09/2026 | 23 | NOTICE by Marvelle J. Ballentine re 21 Standing Order, Certification of No Third–Party Litigation Funding. (LJC) (Entered: 03/09/2026) |
| 03/18/2026 | 24 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Devin S. Anderson. (Chapleau, Marianna) (Entered: 03/18/2026) |

| 03/18/2026 | 25 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Christopher W. Keegan. (Chapleau, Marianna) (Entered: 03/18/2026) |
|---|---|---|
| 03/18/2026 | 26 | MOTION to Dismiss 20 Second Amended Complaint for Failure to State a Claim by Devin S. Anderson, Christopher W. Keegan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Chapleau, Marianna) Modified on 3/19/2026 as to docket text (LJC). (Entered: 03/18/2026) |
| 03/19/2026 | 27 | NOTICE TO COUNSEL Lauren M. Spiwak Local Rule 2.01(c), Special Admission – File a Motion to Appear Pro Hac Vice. Co–counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the motion may be filed in paper format; Pay the Special Admission Fee; (Signed by Deputy Clerk). (LJC) (Entered: 03/19/2026) |
| 03/20/2026 | 29 | RESPONSE in Opposition re 26 MOTION to Dismiss for Failure to State a Claim filed by Marvelle J. Ballentine. (MLB) (Entered: 03/23/2026) |
| 03/20/2026 | 30 | CERTIFICATE of service re 29 Response in Opposition to Motion by Marvelle J. Ballentine. (MLB) (Entered: 03/23/2026) |
| 03/20/2026 | 31 | NOTICE of Designated Communication Protocol by Marvelle J. Ballentine. (Attachments: # 1 Declaration of Marvelle J. Ballentine)(MLB) (Entered: 03/23/2026) |
| 03/23/2026 | 28 | Time Sensitive MOTION for Miscellaneous Relief, specifically for Scheduling Directive Regarding Rule 26(f) Conference and Case Management Report by Marvelle J. Ballentine. (MLB) (Chambers Notified) (Entered: 03/23/2026) |
| 03/23/2026 | 32 | CERTIFICATE of Service re 20 Amended Complaint by Marvelle J. Ballentine. (MLB) (Entered: 03/23/2026) |
| 03/27/2026 | 33 | MOTION for Leave to File a Reply in Support of Their Motion to Dismiss by Devin S. Anderson, Christopher W. Keegan. (Chapleau, Marianna) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/27/2026) |
| 03/27/2026 | 34 | NOTICE of a related action per Local Rule 1.07(c) by Devin S. Anderson, Christopher W. Keegan. Related case(s): Yes (Chapleau, Marianna) (Entered: 03/27/2026) |
| 03/27/2026 | 35 | MOTION for Lauren M. Spiwak to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–24683151 for $150 by Devin S. Anderson, Christopher W. Keegan. (Chapleau, Marianna) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/27/2026) |
| 03/30/2026 | 36 | **ENDORSED ORDER granting 33 Motion for Leave to File Reply. On or before 4/3/2026, Defendants may file the requested reply. Signed by Magistrate Judge Daniel C. Irick on 3/30/2026. (Irick, Daniel)** (Entered: 03/30/2026) |
| 03/30/2026 | 37 | **ENDORSED ORDER granting 35 Motion to Appear Pro Hac Vice. Lauren M. Spiwak is granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed by Magistrate Judge Daniel C. Irick on 3/30/2026. (Irick, Daniel)** (Entered: 03/30/2026) |
| 03/30/2026 | 38 | CERTIFICATE of compliance re 21 Standing Order */ Certification of No Third–Party Litigation Funding* by Devin S. Anderson, Christopher W. Keegan. (Chapleau, |

| | | |
|---|---|---|
| | | Marianna) (Entered: 03/30/2026) |
| 04/02/2026 | 39 | Time–Sensitive MOTION for Miscellaneous Relief, specifically for Administrative Reassignment by Marvelle J. Ballentine. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(LJC) (Entered: 04/02/2026) |
| 04/02/2026 | 40 | DECLARATION of Marvelle J. Ballentine in Support of Plaintiff's Urgent Motion for Recusal and to Identify Deficiency, Toll Cure Period, and Clarify Service by Marvelle J. Ballentine (Per Plaintiff, motion not to be filed in this case). (LJC) (Entered: 04/02/2026) |
| 04/02/2026 | 41 | **ENDORSED ORDER denying 39 Time–Sensitive Petition for Administrative Reassignment. Signed by Judge Anne–Leigh Gaylord Moe on 4/2/2026. (TAH)** (Entered: 04/02/2026) |
| 04/03/2026 | 42 | REPLY to Response to Motion re 26 MOTION to Dismiss for Failure to State a Claim */ Reply in Support of Their Motion to Dismiss All Claims Against Them* filed by Devin S. Anderson, Christopher W. Keegan. (Attachments: # 1 Exhibit 1)(Chapleau, Marianna) (Entered: 04/03/2026) |
| 04/03/2026 | 43 | NOTICE of Lead Counsel Designation by Diana Marie Fassbender on behalf of Meta Platforms, Inc.. Lead Counsel: Diana Marie Fassbender. (Fassbender, Diana) (Entered: 04/03/2026) |
| 04/03/2026 | 44 | MOTION to Dismiss Plaintiff's Second Amended Complaint by Meta Platforms, Inc.. (Fassbender, Diana) (Entered: 04/03/2026) |
| 04/03/2026 | 45 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Meta Platforms, Inc.. (Fassbender, Diana) (Entered: 04/03/2026) |
| 04/09/2026 | 46 | MOTION for Extension of Time to File Response/Reply as to 44 MOTION to Dismiss Plaintiff's Second Amended Complaint by Marvelle J. Ballentine. (ARL) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/09/2026) |
| 04/09/2026 | 47 | NOTICE of Intent to Serve Subpoena on National Center for Missing & Exploited Children by Marvelle J. Ballentine (Attachments: # 1 Exhibit A)(LJC) (Entered: 04/09/2026) |
| 04/10/2026 | 48 | **ENDORSED ORDER granting 46 Motion for Extension of Time to File Response to 44 Motion to Dismiss. Plaintiff's response to the Motion to Dismiss is due by 5/8/2026. However, the Federal Rules of Civil Procedure in many instances provide for additional time for parties who receive service by mail. See Fed.R.Civ.P. 6(d), so service by mail alone is not good cause to extend a deadline. Signed by Magistrate Judge Daniel C. Irick on 4/10/2026. (Irick, Daniel)** (Entered: 04/10/2026) |
| 04/16/2026 | 52 | ***11th Circuit Case Number: 26–11228 for Writ of Mandamus filed in USCA on 4/14/2026. (RN) (Entered: 04/22/2026) |
| 04/21/2026 | 49 | Defendants' Joint MOTION to Stay Discovery and Hold Rule 26(F) Requirements in Abeyance Pending Resolution of Motions to Dismiss by Devin S. Anderson, Christopher W. Keegan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Chapleau, Marianna) Motions referred to Magistrate Judge Daniel C. Irick. Modified on 4/22/2026 to edit docket text. (WLB). (Entered: 04/21/2026) |

| 04/21/2026 | 50 | Time Sensitive MOTION for Protective Order by Devin S. Anderson, Christopher W. Keegan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Chapleau, Marianna) Motions referred to Magistrate Judge Daniel C. Irick. (Chambers Notified) Modified on 4/22/2026 to edit docket text. (WLB). (Entered: 04/21/2026) |
|---|---|---|
| 04/22/2026 | 51 | RESPONSE in Opposition re 50 Time Sensitive MOTION for Protective Order filed by Marvelle J. Ballentine. (WLB) (Entered: 04/22/2026) |
| 04/22/2026 | 53 | RESPONSE in Opposition re 49 Joint MOTION to Stay Discovery *and Hold Rule 26(F) Requirements in Abeyance Pending Resolution of Motions to Dismiss* filed by Marvelle J. Ballentine. (LJC) (Main Document 53 replaced on 4/23/2026) (LJC). Modified on 4/23/2026 to correct document (LJC). (Entered: 04/23/2026) |
| 04/24/2026 | 54 | MOTION to Withdraw 51 Response in Opposition to Motion by Marvelle J. Ballentine. (LJC) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/24/2026) |
| 04/24/2026 | 55 | Re−filed RESPONSE in Opposition re 50 Time Sensitive MOTION for Protective Order filed by Marvelle J. Ballentine. (LJC) (Entered: 04/24/2026) |
| 04/27/2026 | 56 | **ENDORSED ORDER granting 54 Motion to Withdraw 51 Response in Opposition to Motion. The Court will consider the later filed 55 Response in Opposition to Motion. Signed by Magistrate Judge Daniel C. Irick on 4/27/2026. (Irick, Daniel)** (Entered: 04/27/2026) |
| 04/27/2026 | 57 | **ORDER granting 50 Time−Sensitive Motion for Protective Order. It is ORDERED that Defendants' Motion (Doc. 50) for a protective order is GRANTED such that Defendant Devin Anderson is not required to attend the deposition noticed for April 28, 2026. Discovery is temporarily stayed pending resolution of the motion to stay discovery (Doc. 49). Signed by Magistrate Judge Daniel C. Irick on 4/27/2026. (TNP)** (Entered: 04/27/2026) |
| 04/27/2026 | 58 | CASE MANAGEMENT REPORT. (Chapleau, Marianna) (Entered: 04/27/2026) |
| 05/01/2026 | 59 | **ORDER granting in part and denying in part 3 Motion for Leave to File Electronically. It is ORDERED that: 1. The Motion (Doc. 3) is GRANTED IN PART to the extent that Ballentine seeks authorization to receive electronic notice of filings in this case; 2. DENIED without prejudice in all other respects; and 3. The Clerk is directed to add Ballentine's email address, jayballentine@protonmail.com, to CM/ECF in this matter. Signed by Magistrate Judge Daniel C. Irick on 5/1/2026. (TNP)** (Entered: 05/01/2026) |
| 05/04/2026 | 60 | Time−Sensitive MOTION to Amend 20 Amended Complaint, by Marvelle J. Ballentine. (LJC) Motions referred to Magistrate Judge Daniel C. Irick. (Chambers notified) Modified on 5/4/2026 as to docket text (LJC). (Entered: 05/04/2026) |
| 05/06/2026 | 61 | NOTICE of change of address by Marianna Chapleau (Chapleau, Marianna) (Entered: 05/06/2026) |
| 05/06/2026 | 62 | NOTICE of change of address by Ariel Deray Deitchman (Deitchman, Ariel) (Entered: 05/06/2026) |
| 05/06/2026 | 63 | NOTICE of change of address by Patrick Owen Malone (Malone, Patrick) (Entered: 05/06/2026) |
| 05/06/2026 | 64 | |

| | | |
|---|---|---|
| | | NOTICE TO COUNSEL Patrick Malone of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (MSN) (Entered: 05/06/2026) |
| 05/07/2026 | 65 | MEMORANDUM in opposition re 60 Motion to Amend / Correct / Modify / Supplement filed by Devin S. Anderson, Christopher W. Keegan, Meta Platforms, Inc.. (Fassbender, Diana) (Entered: 05/07/2026) |
| 05/08/2026 | 66 | Time−Sensitive MOTION to File a Narrowed Third Amended Complaint 20 Amended Complaint,, MOTION for Miscellaneous Relief, specifically to Drop Defendants Meta Platforms, Inc. and Christopher W. Keegan Under Rule 21 by Marvelle J. Ballentine. (Chambers notified) (MSN) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/08/2026) |
| 05/08/2026 | 67 | Limited RESPONSE to Motion re 44 MOTION to Dismiss Plaintiff's Second Amended Complaint filed by Marvelle J. Ballentine. (MSN) (Entered: 05/08/2026) |
| 05/19/2026 | 68 | USCA ORDER Dismissing Petition for Writ of Mandamus to the District Court. USCA number: 26−11228. (WLB) Modified on 5/20/2026 to include case number. (WLB). (Entered: 05/20/2026) |
| 05/22/2026 | 69 | MEMORANDUM in opposition re 66 Motion to Amend / Correct / Modify / Supplement Motion for Miscellaneous Relief filed by Devin S. Anderson, Christopher W. Keegan. (Chapleau, Marianna) (Entered: 05/22/2026) |
| 05/27/2026 | 70 | **STANDING ORDER REQUIRING DISCLOSURE OF USE OF ARTIFICIAL INTELLIGENCE. Signed by Judge Anne−Leigh Gaylord Moe on 5/27/2026. (LIA)** (Entered: 05/27/2026) |
| 06/02/2026 | 71 | Time−sensitive MOTION for Extension of Time to Comply with Section VIII of the Standing Order Requiring Disclosure of the Use of Artificial Intelligence by Marvelle J. Ballentine. (Attachments: # 1 Declaration in Support)(LJC) Motions referred to Magistrate Judge Daniel C. Irick. (chambers notified) (Entered: 06/02/2026) |
| 06/04/2026 | 72 | CERTIFICATE of compliance re 70 Standing Order */ Certification of Compliance With Rule 11* by Devin S. Anderson, Christopher W. Keegan. (Chapleau, Marianna) (Entered: 06/04/2026) |
| 06/05/2026 | 73 | **ORDER TO SHOW CAUSE. It is ORDERED that, on or before June 22, 2026, the parties shall show cause in writing why this case should not be transferred to the Ocala Division of the Middle District of Florida. Failure to respond to this Order within the time provided will be considered acquiescence to transfer. If a party does not object to transfer, they may simply file a response stating that they do not object to transfer. Signed by Magistrate Judge Daniel C. Irick on 6/5/2026. (TNP)** (Entered: 06/05/2026) |
| 06/08/2026 | 74 | CERTIFICATE of compliance *with Rule 11* by Meta Platforms, Inc.. (Fassbender, Diana) (Entered: 06/08/2026) |
| 06/12/2026 | 75 | RESPONSE re 73 Order to show cause filed by Devin S. Anderson, Christopher W. Keegan. (Chapleau, Marianna) (Entered: 06/12/2026) |
| 06/26/2026 | 76 | **ORDER. This case is transferred to the United States District Court, Middle District of Florida, Ocala Division, for all further proceedings. The Clerk is** |

| | | |
|---|---|---|
| | | **directed to immediately transfer this case to the United States District Court, Middle District of Florida, Ocala Division. Signed by Judge Anne–Leigh Gaylord Moe on 6/26/2026. (TAH)** (Entered: 06/26/2026) |
| 06/30/2026 | 77 | TRANSFER IN from Orlando Division on 06/26/2026 Case Number 6:26–cv–286. Case assigned to District Judge Sneed and Magistrate Judge Lammens. New Case Number: 5:26–cv–472–JSS–PRL. (LAW) (Entered: 06/30/2026) |
| 07/16/2026 | <u>78</u> | **ORDER. Pursuant to Local Rule 1.07(a)(2)(A), this case is TRANSFERRED to United States District Judge Anne–Leigh Gaylord Moe with her consent. See United States v. Stone, 411 F.2d 597, 599 (5th Cir. 1969) ("District [j]udges have the inherent power to transfer cases from one to another for the expeditious administration of justice."). Signed by Judge Julie S. Sneed on 7/16/2026. (MSB)** (Entered: 07/16/2026) |
| 07/17/2026 | 79 | Case Reassigned to Judge Anne–Leigh Gaylord Moe. New case number: 5:26–cv–472–AGM–PRL. Judge Julie S. Sneed no longer assigned to the case. (LMF) (Entered: 07/17/2026) |
| 07/24/2026 | 80 | ENDORSED ORDER granting <u>71</u> Motion for Extension of Time to File and dismissing this case. On May 27, 2026, the Court entered its <u>70</u> Standing Order Regarding Use of Artificial Intelligence. The Standing Order required Mr. Ballentine to make the following certification: "I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries [insert docket numbers], by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing." On June 2, 2026, Mr. Balletine requested an additional twenty days (through July 20, 2026) to comply with the <u>70</u> Standing Order. Although the time to review and confirm compliance with Rule 11 is and always has been prior to making the filing, the Court allowed Mr. Ballentine to take the additional time he requested anyway, even though he remained under an Order to file the certificate of compliance within the deadline in the <u>70</u> Standing Order. Nevertheless, even with the benefit of the additional time he requested, Mr. Ballentine has not complied with the Standing Order and certified his compliance with Rule 11. The parties in this case were previously advised in the Court's 6 Notice to Counsel and Parties that "Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice." Mr. Ballentine's failure to comply with the Standing Order and his inability to certify compliance with Rule 11 of the Federal Rules of Civil Procedure merit dismissal of this case. Accordingly, this case is DISMISSED and the Clerk is directed to terminate any pending motions and CLOSE this file. Signed by Judge Anne–Leigh Gaylord Moe on 7/24/2026. (Entered: 07/24/2026) |
| 07/28/2026 | 81 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non–party must move for relief before the seal expires. (Signed by Deputy Clerk). (RN) (Entered: 07/28/2026) |
| 07/28/2026 | <u>82</u> | NOTICE OF APPEAL as to 80 Order on Motion for Extension of Time to File by Marvelle J. Ballentine. Filing fee $ 605, receipt number OCA–14602. ***Case Stayed. (RLD) (Entered: 07/29/2026) |

| 07/28/2026 | 83 | CERTIFICATE of compliance re 70 Standing Order by Marvelle J. Ballentine. (RLD) (Entered: 07/29/2026) |
|---|---|---|

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Diana Marie Fassbender (dcmanagingattorneysoffice@ecf.courtdrive.com,
dcmanagingattorneysoffice@orrick.com, dszego@orrick.com, nymao@orrick.com), Ariel Deray
Deitchman (ariel.deitchman@kirkland.com), Lauren M. Spiwak (lauren.spiwak@kirkland.com),
Marianna Chapleau (mchapleau@kirkland.com), Patrick Owen Malone
(patrick.malone@kirkland.com), Marvelle J. Ballentine (jayballentine@protonmail.com),
Judge Anne-Leigh Gaylord Moe (chambers_flmd_moe@flmd.uscourts.gov), Magistrate Judge
Philip R. Lammens (chambers_flmd_lammens@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:27530554@flmd.uscourts.gov
Subject:Activity in Case 5:26-cv-00472-AGM-PRL Ballentine v. Accenture LLP et al Order on
Motion for Extension of Time to File
Content-Type: text/html
```

## U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/24/2026 at 1:16 PM EDT and filed on 7/24/2026

| | |
|---|---|
| **Case Name:** | Ballentine v. Accenture LLP et al |
| **Case Number:** | 5:26–cv–00472–AGM–PRL |
| **Filer:** | |
| **Document Number:** | 80(No document attached) |

**Docket Text:**

**ENDORSED ORDER granting [71] Motion for Extension of Time to File and dismissing this case. On May 27, 2026, the Court entered its [70] Standing Order Regarding Use of Artificial Intelligence. The Standing Order required Mr. Ballentine to make the following certification: "I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries [insert docket numbers], by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing." On June 2, 2026, Mr. Balletine requested an additional twenty days (through July 20, 2026) to comply with the [70] Standing Order. Although the time to review and confirm compliance with Rule 11 is and always has been prior to making the filing, the Court allowed Mr. Ballentine to take the additional time he requested anyway, even though he remained under an Order to file the certificate of compliance within the deadline in the [70] Standing Order. Nevertheless, even with the benefit of the additional time he requested, Mr. Ballentine has not complied with the Standing Order and certified his compliance with Rule 11. The parties in this case were previously advised in the Court's [6] Notice to Counsel and Parties that "Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice." Mr. Ballentine's failure to comply with the Standing Order and his inability to certify compliance with Rule 11 of the Federal Rules of Civil Procedure merit dismissal of this case. Accordingly, this case is DISMISSED and the Clerk is directed to terminate any pending**

**motions and CLOSE this file. Signed by Judge Anne–Leigh Gaylord Moe on 7/24/2026.**

**5:26–cv–00472–AGM–PRL Notice has been electronically mailed to:**

Diana Marie Fassbender     dszego@orrick.com, dcmanagingattorneysoffice@ecf.courtdrive.com, dcmanagingattorneysoffice@orrick.com, nymao@orrick.com

Ariel Deray Deitchman     ariel.deitchman@kirkland.com

Marianna Chapleau     mchapleau@kirkland.com

Patrick Owen Malone     patrick.malone@kirkland.com

Lauren M. Spiwak     lauren.spiwak@kirkland.com

Marvelle J. Ballentine     jayballentine@protonmail.com

**5:26–cv–00472–AGM–PRL Notice has been delivered by other means to:**

12

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MARVELLE J. BALLENTINE,

    *Plaintiff,*

        v.

DEVIN S. ANDERSON; META
PLATFORMS, INC.; and
CHRISTOPHER W. KEEGAN,

    *Defendants.*

Case No. 5:26-cv-00472
The Honorable Judge
Anne-Leigh Gaylord Moe

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Marvelle J. Ballentine, proceeding pro se, appeals to the United States Court of Appeals for the Eleventh Circuit from the Endorsed Order entered on the docket of this action on July 24, 2026, granting Plaintiff's Motion for Extension of Time to File (Doc. 71), dismissing this action, directing the Clerk to terminate all pending motions, and directing the Clerk to close the file.

This appeal encompasses the July 24, 2026 Endorsed Order in its entirety, including its determination that Plaintiff failed to comply with the Standing Order Regarding Use of Artificial Intelligence (Doc. 70) and its determination regarding Plaintiff's ability to certify compliance with Rule 11 of the Federal Rules of Civil

Procedure, together with each prior order, ruling, and decision entered in this action that merges into the final judgment of dismissal. See Fed. R. App. P. 3(c)(4).

Date: July 28, 2026                                    Respectfully submitted,

Marvelle J. Ballentine
*Plaintiff, pro se*
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2026, the foregoing Notice of Appeal was filed with the Clerk of the Court, which will serve Notice of Filing on all counsel of record through the CM/ECF system.

Marvelle J. Ballentine
*Plaintiff, pro se*